No. 90–514.   ONAN CORP. *v.* INDUSTRIAL STEEL CONTAINER Co.   C. A. 8th Cir.   Certiorari denied.

No. 90–518.   WELSH *v.* PENNSYLVANIA.   Super. Ct. Pa.   Certiorari denied.

No. 90–522.   MCNAMEE ET UX. *v.* SOUTHERN TEXTILE CORP. C. A. 3d Cir.   Certiorari denied.

No. 90–528.   VENTILATOREN STORK HENGELO B. V. ET AL. *v.* FORSIKRINGSAKTIESELSKABET HAFNIA, AKA HAFNIA.   C. A. 9th Cir.   Certiorari denied.

No. 90–538.   PEACOCK ET UX. *v.* CITY OF MURPHY, TEXAS, ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 90–548.   FOSTER, BY HIS GUARDIAN, FOSTER *v.* UNITED STATES FIRE INSURANCE CO.   C. A. 4th Cir.   Certiorari denied.

No. 90–553.   GOURAS (WADE) *v.* BURROUGHS WELLCOME CO. C. A. 4th Cir.   Certiorari denied.

No. 90–586.   WAX *v.* PENNSYLVANIA.   Super. Ct. Pa.   Certiorari denied.

No. 90–604.   ZERMAN ET UX. *v.* SUPREME COURT OF FLORIDA ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 90–5065.   RODERICK *v.* TRICKEY, DIRECTOR, DIVISION OF CLASSIFICATION AND TREATMENT, MISSOURI DEPARTMENT OF CORRECTIONS.   C. A. 8th Cir.   Certiorari denied.

No. 90–5112.   SHEFFER *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 90–5176.   MOORE *v.* UNITED STATES.   C. A. 10th Cir. Certiorari denied.

No. 90–5206.   SPEED *v.* NEW YORK.   App. Div., Sup. Ct. N. Y., 2d Jud. Dept.   Certiorari denied.